No. 12–6899.  ARDILA-CALDERON *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 12–6902.  JOHNSON *v.* BRITISH PETROLEUM OF AMERICA. C. A. 9th Cir.  Certiorari denied.

No. 12–6904.  LYONS *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 12–6907.  POLITE *v.* MILLER, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 12–6912.  BRUEDERLE *v.* METROPOLITAN GOVERNMENT OF LOUISVILLE AND JEFFERSON COUNTY, KENTUCKY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 12–6919.  LIGGINS *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir. Certiorari denied.

No. 12–6922.  CODY *v.* BUTERA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–6926.  JENNINGS *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 12–6931.  WILLIAMS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 12–6933.  MIDDLETON *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.